**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

DEBORAH J. MILLER and
JACK R. MILLER, JR., husband
and wife,

    Plaintiffs,

vs.                                                    NO:   3:06CV00091 GTE

SCHNEIDER NATIONAL CARRIERS,
INCORPORATED,

    Defendant.

**ORDER GRANTING DISMISSAL OF PLAINTIFFS' COMPLAINT AGAINST
DEFENDANT WITH PREJUDICE**

Comes now on this 31st day of January, 2007, the Plaintiffs, by and through their counsel, Mr. James DePasquale, and the Defendant, by and through its counsel, Glassman, Edwards, Wade, & Wyatt, P.C., and this Court finds as follows:

1.      That the parties have reached a compromise settlement of all issues and claims involved in the above-styled cause of action.

2.      That there are no disputed issues remaining to be litigated amongst the parties.

3.      That the Plaintiffs pray that their Complaint against the Defendant, Schneider

National Carriers, Inc., filed in the above-styled cause of action be dismissed with prejudice.

     IT IS SO ORDERED.

                       _/s/Garnett Thomas Eisele_____
                       United States District Court Judge
                       for the Eastern District of Arkansas

                       DATE: January 31, 2007

**Order Approved as to Form By:**


/s/   James E. De Pasquale
JAMES E. DE PASQUALE
Attorney for Plaintiffs
906 Grant Building
310 Grant Street
Pittsburg, PA 15219
(Phone:  412-471-1415)
(Facsimile:  412-642-2248)
**Jim.depasquale@verizon.net**
**Sue.vanessen@verizon.net**


/s/   Mary-Marsha Hardin
RICHARD GLASSMAN, TN BAR NO. 7815
MARY-MARSHA HARDIN, AR BAR NO. 2001107
Attorneys For Defendant
Glassman, Edwards, Wade & Wyatt, P.C.
26 North Second Street
Memphis, Tennessee  38103
(Phone:  901-527-4673)
(Fax:  901-527-5320)
(FILE:  #06-111GH)
**mhardin@gewwlaw.com**